Certificate Number: 17572-PAM-DE-035537971

Bankruptcy Case Number: 21-00680



17572-PAM-DE-035537971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2021, at 4:50 o'clock PM PDT, Deborah A Mackarevich completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   April 5, 2021                    By:    /s/Benjamin E Wunsch

                                         Name:  Benjamin E Wunsch

                                         Title: Counselor