In re:  Case No. 21-00680-PMM

Deborah Ann Mackarevich  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 23, 2021     Form ID: ntnew341     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Ann Mackarevich, 2B Bald Mountain Road, Scranton, PA 18504-9783 |
| 5399791 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5399792 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5399794 | | Capital One/Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 5399797 | | Firestone (CFNA), PO Box 81410, Cleveland, OH 44181-0410 |
| 5399804 | | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 5399806 | | Talbots, PO Box 530949, Atlanta, GA 30353-0949 |
| 5399809 | | Visa, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 19:13:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5399790 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 19:13:22 | American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5399793 | | Email/Text: bankruptcy@bbandt.com | Apr 23 2021 18:56:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 5399795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 19:14:08 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5399796 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2021 19:13:23 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5399801 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 19:14:07 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 5399798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 19:13:47 | Home Depot, PO BOx 9001010, Louisville, KY 40290-1010 |
| 5399799 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 23 2021 18:56:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5399800 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 19:13:22 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5399802 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 23 2021 19:13:41 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5399803 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2021 18:56:00 | Pier One Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 5399805 | | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 19:13:43 | QVC, PO Box 965017, Orlando, FL 32896-5017 |
| 5400415 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 19:13:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 5399807 | Email/PDF: gecsedi@recoverycorp.com | | Apr 23 2021 19:14:04 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 5399808 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Apr 23 2021 18:56:00 | Ulta, PO Box 659820, San Antonio, TX 78265-9120 |
| 5399809 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Apr 23 2021 18:56:00 | Visa, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Mark J. Conway | on behalf of Debtor 1 Deborah Ann Mackarevich info@mjconwaylaw.com connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Deborah Ann Mackarevich,<br>**Debtor 1** | Chapter  13<br><br>Case No.  5:21−bk−00680−PMM |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: June 14, 2021<br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | For the Court:<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 23, 2021 |

ntnew341 (04/18)