|  | Allied Services<br>100 Abington Exec Park<br>Clarks Summit, PA 18411-2258 |  |  | Advice No | 1380636 |
|---|---|---|---|---|---|
|  |  |  |  | Date<br>1/14/2021 | Amount<br>2,062.36 |

Pay

## Two Thousand Sixty Two AND 36/100 DOLLARS

| TO THE<br>ORDER<br>OF | Deborah A Mackarevich<br>2B Bald Mountain Road<br>Scranton, PA 18504 | Bank Routing No<br>031300135 | Bank Account No<br>52343674 | Payment Amount<br>2,062.36 |
|---|---|---|---|---|

## Direct Deposit Only
## Non-Negotiable

| Allied Services |  | 100 Abington Exec Park | Clarks Summit, PA 18411-2258 |  |  |
|---|---|---|---|---|---|
| Deborah A Mackarevich (19479) |  | 01<br>DEPARTMENT | 12/27/2020-1/9/2021<br>PAY PERIOD | 1/14/2021<br>PAY DATE | 1380636<br>ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| 03_REGHRS | 72.00 | 2,871.36 | 2,871.36 | 01_FIT | 463.81 | 463.81 |
| 27_HOLIDAY | 8.00 | 319.04 | 319.04 | 02_Fed Reg Medicare Tax | 45.16 | 45.16 |
| GRP TERM LIFE | 0.00 | 15.18 | 15.18 | 03_Fed Reg SS Tax | 193.09 | 193.09 |
|  |  |  |  | 09_PA Regular IT | 95.14 | 95.14 |
|  |  |  |  | 09_PA UC Tax | 1.91 | 1.91 |
|  |  |  |  | 09_Scranton City LST | 6.00 | 6.00 |
|  |  |  |  | 09_Scranton CT_Scr SD Reg IT | 105.37 | 105.37 |
|  |  |  |  | 20_401K | 95.71 | 95.71 |
|  |  |  |  | 35_HLTH SAVINGS ACCT | 75.00 | 75.00 |
|  |  |  |  | 40_DENTAL | 6.29 | 6.29 |
|  |  |  |  | 40_Medical | 10.00 | 10.00 |
|  |  |  |  | 43_STD | 23.00 | 23.00 |
|  |  |  |  | 44_AD&D | 0.66 | 0.66 |
|  |  |  |  | 44_GRP LIFE | 6.90 | 6.90 |

| Vacation<br>Balance: 279.25 Hours | | Sick<br>Balance: 176.68 Hours | | Personal<br>Balance: 49.87 Hours | | |
|---|---|---|---|---|---|---|
| 39.88<br>PAY RATE | 3,205.58<br>CURRENT EARNINGS | 1,128.04<br>CURRENT DED | 2,062.36<br>NET PAY | 3,205.58<br>YTD EARNINGS | 1,128.04<br>YTD DED | 2,062.36<br>YTD NET PAY |

|  | Allied Services<br>100 Abington Exec Park<br>Clarks Summit, PA 18411-2258 | | Advice No | 1384923 |
|---|---|---|---|---|
|  | | | Date<br>2/11/2021 | Amount<br>2,062.36 |
| Pay | **Two Thousand Sixty Two AND 36/100 DOLLARS** | | | |
| TO THE<br>ORDER<br>OF | Deborah A Mackarevich<br>2B Bald Mountain Road<br>Scranton, PA 18504 | Bank Routing No<br>031300135 | Bank Account No<br>52343674 | Payment Amount<br>2,062.36 |
|  | **Direct Deposit Only**<br>**Non-Negotiable** | | | |

| Allied Services | 100 Abington Exec Park | Clarks Summit, PA 18411-2258 | | |
|---|---|---|---|---|
| Deborah A Mackarevich (19479) | 01<br>DEPARTMENT | 1/24/2021-2/6/2021<br>PAY PERIOD | 2/11/2021<br>PAY DATE | 1384923<br>ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| 03_REGHRS | 80.00 | 3,190.40 | 9,252.16 | 01_FIT | 463.81 | 1,391.43 |
| 27_HOLIDAY | | | 319.04 | 02_Fed Reg Medicare Tax | 45.16 | 135.26 |
| GRP TERM LIFE | 0.00 | 15.18 | 30.36 | 03_Fed Reg SS Tax | 193.09 | 578.32 |
| | | | | 09_PA Regular IT | 95.14 | 285.42 |
| | | | | 09_PA UC Tax | 1.91 | 5.73 |
| | | | | 09_Scranton City LST | 6.00 | 18.00 |
| | | | | 09_Scranton CT_Scr SD Reg IT | 105.37 | 316.11 |
| | | | | 20_401K | 95.71 | 287.13 |
| | | | | 35_HLTH SAVINGS ACCT | 75.00 | 225.00 |
| | | | | 40_DENTAL | 6.29 | 18.87 |
| | | | | 40_Medical | 10.00 | 30.00 |
| | | | | 43_STD | 23.00 | 69.00 |
| | | | | 44_AD&D | 0.66 | 1.98 |
| | | | | 44_GRP LIFE | 6.90 | 20.70 |

| Vacation<br>Balance: 294.62 Hours | | Sick<br>Balance: 179.75 Hours | | Personal<br>Balance: 52.93 Hours | | |
|---|---|---|---|---|---|---|
| 39.88<br>PAY RATE | 3,205.58<br>CURRENT EARNINGS | 1,128.04<br>CURRENT DED | 2,062.36<br>NET PAY | 9,601.56<br>YTD EARNINGS | 3,382.95<br>YTD DED | 6,188.25<br>YTD NET PAY |

|  | Allied Services<br>100 Abington Exec Park<br>Clarks Summit, PA 18411-2258 |  | Advice No | 1387049 |
|---|---|---|---|---|
|  |  |  | Date<br>2/25/2021 | Amount<br>2,063.53 |

Pay

## Two Thousand Sixty Three AND 53/100 DOLLARS

| | | | Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|---|---|---|
| TO THE<br>ORDER<br>OF | Deborah A Mackarevich<br>2B Bald Mountain Road<br>Scranton, PA 18504 | | 031300135 | 52343674 | 2,063.53 |

## Direct Deposit Only
## Non-Negotiable

| Allied Services | 100 Abington Exec Park | Clarks Summit, PA 18411-2258 | | |
|---|---|---|---|---|
| Deborah A Mackarevich (19479) | 01<br>DEPARTMENT | 2/7/2021-2/20/2021<br>PAY PERIOD | 2/25/2021<br>PAY DATE | 1387049<br>ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| 03_REGHRS | 80.00 | 3,190.40 | 12,442.56 | 01_FIT | 463.81 | 1,855.24 |
| 27_HOLIDAY | | | 319.04 | 02_Fed Reg Medicare Tax | 44.94 | 180.20 |
| GRP TERM LIFE | | | 30.36 | 03_Fed Reg SS Tax | 192.14 | 770.46 |
| | | | | 09_PA Regular IT | 95.14 | 380.56 |
| | | | | 09_PA UC Tax | 1.91 | 7.64 |
| | | | | 09_Scranton City LST | 6.00 | 24.00 |
| | | | | 09_Scranton CT_Scr SD Reg IT | 105.37 | 421.48 |
| | | | | 20_401K | 95.71 | 382.84 |
| | | | | 35_HLTH SAVINGS ACCT | 75.00 | 300.00 |
| | | | | 40_DENTAL | 6.29 | 25.16 |
| | | | | 40_Medical | 10.00 | 40.00 |
| | | | | 43_STD | 23.00 | 92.00 |
| | | | | 44_AD&D | 0.66 | 2.64 |
| | | | | 44_GRP LIFE | 6.90 | 27.60 |

| Vacation<br>Balance: 300.00 Hours | | Sick<br>Balance: 181.28 Hours | | Personal<br>Balance: 54.47 Hours | | |
|---|---|---|---|---|---|---|
| 39.88<br>PAY RATE | 3,190.40<br>CURRENT EARNINGS | 1,126.87<br>CURRENT DED | 2,063.53<br>NET PAY | 12,791.96<br>YTD EARNINGS | -4,509.82<br>YTD DED | 8,251.78<br>YTD NET PAY |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R9 / T48 23555875 | 01/3 | 2268511 | 1 of 1 |

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

# Earnings Statement

**ADP**

Period Starting: 01/09/2021
Period Ending: 01/15/2021
Pay Date: 01/22/2021

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0000 | 1.00 | 40.00 | 240.00 |
| Other | | | 0.00 | 7.26 |
| **Gross Pay** | | | **$40.00** | **$247.26** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 5.54 |
| Social Security | -2.48 | 15.33 |
| Medicare | -0.58 | 3.59 |
| Pennsylvania State Income | -1.23 | 7.60 |
| Pennsylvania State UI | -0.03 | 0.15 |
| Blakely B Local Income | -1.36 | 8.40 |
| Blakely Boro Local Services | -1.00 | 3.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| DirDep Fee | -0.15 | 0.45 |

| **Net Pay** | | **$33.17** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 1.00 | 6.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 33.17 |

Your federal taxable wages this period are $40.00

---

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

Pay Date: 01/22/2021

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3674 | XXXXXXXXX | 33.17 |

**THIS IS NOT A CHECK**

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R97 T48 23555875 | 01/3 | 2281552 | 1 of 1 |

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

# Earnings Statement

![ADP]

Period Starting: 01/16/2021
Period Ending: 01/22/2021
Pay Date: 01/29/2021

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0000 | 3.00 | 120.00 | 360.00 |
| Other | | 0.00 | 3.63 | 10.89 |
| Gross Pay | | | $123.63 | $370.89 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 3.00 | 9.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.77 | 10.31 |
| Social Security | -7.67 | 23.00 |
| Medicare | -1.79 | 5.38 |
| Pennsylvania State Income | -3.80 | 11.40 |
| Pennsylvania State UI | -0.07 | 0.22 |
| Blakely B Local Income | -4.20 | 12.60 |
| Blakely Boro Local Services | -1.00 | 4.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| DirDep Fee | -0.15 | 0.60 |

| Net Pay | | $100.18 |
|---|---|---|

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 100.18 |

Your federal taxable wages this period are $123.63

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

Pay Date: 01/29/2021

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3674 | XXXXXXXXX | 100.18 |

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R97 T48 23555875 | 01/3 | 2294067 | 1 of 1 |

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

# Earnings Statement

ADP

Period Starting: 01/23/2021
Period Ending: 01/29/2021
Pay Date: 02/05/2021

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0000 | 2.00 | 80.00 | 440.00 |
| Other |  | 0.00 | 3.63 | 14.52 |
| **Gross Pay** |  |  | **$83.63** | **$454.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -0.77 | 11.08 |
| Social Security | -5.18 | 28.18 |
| Medicare | -1.21 | 6.59 |
| Pennsylvania State Income | -2.57 | 13.97 |
| Pennsylvania State UI | -0.05 | 0.27 |
| Blakely B Local Income | -2.84 | 15.44 |
| Blakely Boro Local Services | -1.00 | 5.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| DirDep Fee | -0.15 | 0.75 |

| **Net Pay** |  | **$69.86** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 2.00 | 11.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 69.86 |

Your federal taxable wages this period are $83.63

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

Pay Date: 02/05/2021

Deposited to the account    account number    transit/ABA    amount
Checking DirectDeposit    XXXXXX3674    XXXXXXXXX    69.86

THIS IS NOT A CHECK

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

# Earnings Statement

**ADP**

Period Starting: 01/30/2021
Period Ending: 02/05/2021
Pay Date: 02/12/2021

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal: 0         Federal:
  State:   0         State:
  Local:   0         Local:
Social Security Number: XXX-XX-XXXX

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0000 | 2.00 | 80.00 | 520.00 |
| Other | | | 0.00 | 14.52 |
| **Gross Pay** | | | **$80.00** | **$534.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -0.40 | 11.48 |
| Social Security | -4.96 | 33.14 |
| Medicare | -1.16 | 7.75 |
| Pennsylvania State Income | -2.46 | 16.43 |
| Pennsylvania State UI | -0.05 | 0.32 |
| Blakely B Local Income | -2.72 | 18.16 |
| Blakely Boro Local Services | -1.00 | 6.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| DirDep Fee | -0.15 | 0.90 |

| **Net Pay** | | **$67.10** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 2.00 | 13.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 67.10 |

Your federal taxable wages this period are $80.00

---

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

Pay Date: 02/12/2021

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX3674 | XXXXXXXXX | 67.10 |

**THIS IS NOT A CHECK**

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R9 / T48 23555875 | 01/3 | 2319583 | 1 of 1 |

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

# EARNINGS STATEMENT

**ADP**

Period Starting: 02/06/2021
Period Ending: 02/12/2021
Pay Date: 02/19/2021

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0000 | 2.00 | 80.00 | 600.00 |
| Other | | | 0.00 | 14.52 |
| **Gross Pay** | | | **$80.00** | **$614.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -0.40 | 11.88 |
| Social Security | -4.96 | 38.10 |
| Medicare | -1.16 | 8.91 |
| Pennsylvania State Income | -2.46 | 18.89 |
| Pennsylvania State UI | -0.05 | 0.37 |
| Blakely B Local Income | -2.72 | 20.88 |
| Blakely Boro Local Services | -1.00 | 7.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| DirDep Fee | -0.15 | 1.05 |

| **Net Pay** | | **$67.10** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 2.00 | 15.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 67.10 |

Your federal taxable wages this period are $80.00

---

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

Pay Date: 02/19/2021

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 67.10 |

THIS IS NOT A CHECK

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504

# Earnings Statement

**ADP**

Period Starting: 02/13/2021
Period Ending: 02/19/2021
Pay Date: 02/26/2021

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

**Deborah A Mackarevich**
2 B Bald Mountain Rd
Scranton, PA 18504

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0000 | 3.00 | 120.00 | 720.00 |
| Other | | 0.00 | 3.63 | 18.15 |
| **Gross Pay** | | | **$123.63** | **$738.15** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -4.77 | 16.65 |
| Social Security | -7.67 | 45.77 |
| Medicare | -1.79 | 10.70 |
| Pennsylvania State Income | -3.80 | 22.69 |
| Pennsylvania State UI | -0.07 | 0.44 |
| Blakely B Local Income | -4.20 | 25.08 |
| Blakely Boro Local Services | -1.00 | 8.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| DirDep Fee | -0.15 | 1.20 |

| **Net Pay** | | **$100.18** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 3.00 | 18.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 100.18 |

Your federal taxable wages this period are $123.63

Interim Healthcare Services of NE PA Inc
200 3th Street
Blakely, PA 18447

Pay Date: 02/26/2021

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX3674 | XXXXXXXXX | 100.18 |

Deborah A Mackarevich
2 B Bald Mountain Rd
Scranton, PA 18504