In re:                                                                      Case No. 21-00680-PMM

Deborah Ann Mackarevich                                     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                     User: AutoDocke                                         Page 1 of 3

Date Rcvd: Jun 16, 2021                               Form ID: ntcnfhrg                                    Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Ann Mackarevich, 2B Bald Mountain Road, Scranton, PA 18504-9783 |
| 5399791 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5408576 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5399792 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5399794 | | Capital One/Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 5399797 | | Firestone (CFNA), PO Box 81410, Cleveland, OH 44181-0410 |
| 5399804 | | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 5406517 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5399806 | | Talbots, PO Box 530949, Atlanta, GA 30353-0949 |
| 5405514 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 19:04:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5399790 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 19:04:24 | American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5399793 | | Email/Text: bankruptcy@bbandt.com | Jun 16 2021 19:03:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 5409360 | + | Email/Text: bankruptcy@bbandt.com | Jun 16 2021 19:03:00 | BB&T Now Truist, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 5409206 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 16 2021 19:04:27 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5399795 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 19:04:36 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5414272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 19:04:35 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5399796 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2021 19:04:42 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5399801 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 19:04:44 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 5399798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 19:04:45 | Home Depot, PO BOx 9001010, Louisville, KY 40290-1010 |
| 5399799 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2021 19:03:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5411015 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2021 19:04:33 | LVNV Funding, LLC, Resurgent Capital Services, |

| Recipient # | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5399800 | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 19:04:39 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5408746 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 19:04:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5399802 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2021 19:04:39 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5411704 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 19:04:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5399803 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 19:03:00 | Pier One Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 5399805 | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 19:04:24 | QVC, PO Box 965017, Orlando, FL 32896-5017 |
| 5413142 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 19:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5413143 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 19:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5400415 + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 19:04:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5399807 | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 19:04:39 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 5399808 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 19:03:00 | Ulta, PO Box 659820, San Antonio, TX 78265-9120 |
| 5399809 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 16 2021 19:03:00 | Visa, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 18, 2021 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| Mark J. Conway | on behalf of Debtor 1 Deborah Ann Mackarevich info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| :--- | :--- | :--- |
| Deborah Ann Mackarevich, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−00680−PMM |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 23, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 30, 2021 Time: 10:00 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DeborahGeorge, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 16, 2021 |

ntcnfhrg (05/21)