Fill in this information to identify the case:

Debtor 1  Deborah Mackarevich

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  21-00680 PMM

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no. (if known):** 2

**Last 4 digits** of any number you use to identify the debtor's account: 0377

**Property address:**
2 Bald Mountain Road
Scranton, PA 18504

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:  (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____
c. **Total.** Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor(s) | Deborah | Mackarevich | | Case Number (if known): 21-00680 PMM |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
Brent Lemon
05 Aug 2024, 17:07:28, EDT

Date    08/05/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

Document ID: 1303dabc6dc66f2856c4249fe62cc887b08f2511af2857c32c9fef5a40cdp985
Case 5:21-bk-00680-HWV    Doc 43    Filed 08/08/24    Entered 08/08/24 13:18:19    Desc
Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Deborah Ann Mackarevich<br>        Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>        Movant<br>    vs.<br><br>Deborah Ann Mackarevich<br>        Debtor(s)<br><br>Jack N. Zaharopoulos,<br>        Trustee | BK NO. 21-00680 PMM<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 8, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Deborah Ann Mackarevich
2 Bald Mountain Road
Scranton, PA 18504

<u>Attorney for Debtor(s) (via ECF)</u>
Brian E. Manning
The Law Offices of Brian E. Manning
800 Johnson Ave.
Dickson City, PA 18519

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>August 8, 2024</u>

                */s/ Brent J. Lemon*
                Brent J. Lemon
                Attorney I.D. 86478
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                (412) 475-8764
                blemon@kmllawgroup.com