# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DEBORAH ANN MACKAREVICH

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

DEBORAH ANN MACKAREVICH

CASE NO: 5-21-00680-HWV

        Respondent(s)

## WITHDRAWAL OF NOTICE OF FINAL CURE

AND NOW, on September 3, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Notice of Final Cure filed on 08.14.2024, be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

        Respectfully submitted,

        /s/   Agatha R. McHale, Esquire
        ID:  47613
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone:  (717) 566-6097
        email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEBORAH ANN MACKAREVICH

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

DEBORAH ANN MACKAREVICH

CHAPTER 13

CASE NO: 5-21-00680-HWV

Respondent(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 3, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
JILL E DURKIN
DURKIN LAW, LLC
401 MARSHBROOK ROAD
FACTORYVILLE PA 18419-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

<u>Served by First Class Mail</u>
DEBORAH ANN MACKAREVICH
2B BALD MOUNTAIN ROAD
SCRANTON PA 18504

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 3, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com