United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 21-00680-HWV

Deborah Ann Mackarevich                                             Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                             Page 1 of 3
Date Rcvd: Sep 16, 2024                           Form ID: 3180W                                      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Ann Mackarevich, 2B Bald Mountain Road, Scranton, PA 18504-9783 |
| 5399806 | | Talbots, PO Box 530949, Atlanta, GA 30353-0949 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 16 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5399790 | + | EDI: SYNC | Sep 16 2024 22:41:00 | American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5399791 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2024 18:48:09 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 5408576 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2024 18:48:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5399792 | | EDI: BANKAMER | Sep 16 2024 22:41:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5399793 | | Email/Text: bankruptcy@bbandt.com | Sep 16 2024 18:44:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 5409360 | + | Email/Text: bankruptcy@bbandt.com | Sep 16 2024 18:44:00 | BB&T Now Truist, Bankruptcy Section, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 5409206 | | EDI: CAPITALONE.COM | Sep 16 2024 22:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5399794 | | EDI: CAPITALONE.COM | Sep 16 2024 22:41:00 | Capital One/Walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 5399795 | + | EDI: CITICORP | Sep 16 2024 22:41:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5414272 | | EDI: CITICORP | Sep 16 2024 22:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5399796 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2024 18:48:05 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5399801 | | EDI: CITICORP | Sep 16 2024 22:41:00 | Macy's, PO Box 9001108, Louisville, KY 40290-1108 |
| 5399797 | | EDI: CRFRSTNA.COM | Sep 16 2024 22:41:00 | Firestone (CFNA), PO Box 81410, Cleveland, OH 44181-0410 |
| 5399798 | + | EDI: CITICORP | Sep 16 2024 22:41:00 | Home Depot, PO BOx 9001010, Louisville, KY 40290-1010 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 5399799 | Email/Text: PBNCNotifications@peritusservices.com | Sep 16 2024 18:44:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5411015 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2024 18:48:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5399800 | EDI: SYNC | Sep 16 2024 22:41:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5408746 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2024 18:47:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5399802 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2024 18:48:02 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 5411704 | EDI: PRA.COM | Sep 16 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5399803 | EDI: WFNNB.COM | Sep 16 2024 22:41:00 | Pier One Imports, PO Box 659617, San Antonio, TX 78265-9617 |
| 5399805 | EDI: SYNC | Sep 16 2024 22:41:00 | QVC, PO Box 965017, Orlando, FL 32896-5017 |
| 5413142 | EDI: Q3G.COM | Sep 16 2024 22:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5413143 | EDI: Q3G.COM | Sep 16 2024 22:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5399804 | Email/Text: bankruptcyteam@quickenloans.com | Sep 16 2024 18:45:00 | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 5406517 | + Email/Text: bankruptcyteam@quickenloans.com | Sep 16 2024 18:45:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5400415 | ^ MEBN | Sep 16 2024 18:38:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5399807 | EDI: SYNC | Sep 16 2024 22:41:00 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 5405514 | EDI: USBANKARS.COM | Sep 16 2024 22:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5399808 | EDI: WFNNB.COM | Sep 16 2024 22:41:00 | Ulta, PO Box 659820, San Antonio, TX 78265-9120 |
| 5399809 | EDI: USBANKARS.COM | Sep 16 2024 22:41:00 | Visa, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Sep 16, 2024 | Form ID: 3180W | Total Noticed: 34 |

Date: Sep 18, 2024         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com |
| Brian E Manning | on behalf of Debtor 1 Deborah Ann Mackarevich BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill E Durkin | on behalf of Debtor 1 Deborah Ann Mackarevich jilldurkinesq@gmail.com  psheldon@sheilslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Deborah Ann Mackarevich<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1124<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:21-bk-00680-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deborah Ann Mackarevich

9/16/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**